UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KORU MEDICAL SYSTEMS, INC.,
Plaintiff,

-against-

INNOVATIVE HEALTH SCIENCES, LLC,
Defendant.

24-CV-10020 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

It is hereby ORDERED that all parties appear for a *Markman* hearing with the Court on **October 21, 2026, at 10:00 a.m.**, Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

Dated: August 3, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge